UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES -- GENERAL

Case No.     **CV 15-8288-MWF(RAOx)**                          Dated: **November 30, 2015**

Title:        John O. Murrin, III, et al. -*v*- Steven Olasky, et al.

PRESENT:  HONORABLE MICHAEL W. FITZGERALD, U.S. DISTRICT JUDGE

    Cheryl Wynn                                                          None Present
    Relief Courtroom Deputy                                      Court Reporter

ATTORNEYS PRESENT FOR PLAINTIFFS:        ATTORNEYS PRESENT FOR DEFENDANTS:

    None Present                                                         None Present

PROCEEDINGS (IN CHAMBERS):         COURT ORDER

    In light of the Notice of Settlement filed November 20, 2015, the Court sets a hearing on Order To Show Cause Re Dismissal for **December 21, 2015 at 11:30 a.m.**  If a stipulated dismissal is filed prior to this date, the matter will be taken off calendar and no appearance is needed.  *All other dates are hereby vacated.*

    **IT IS SO ORDERED.**